[No. 30617-8-III.   Division Three.   April 11, 2013.]

*In the Matter of the Parentage of* T.M.L.T.

BRIAN S. TANIS, *Appellant*, v. ALENA S. LIKES, *Respondent*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-5-00160-6, Evan E. Sperline, J., entered February 10, 2012. *Reversed* and *remanded* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 42091-1-II.   Division Two.   April 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DANIEL BONBRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01303-6, Christine A. Pomeroy, J., entered May 12, 2011. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[No. 42334-1-II.   Division Two.   April 16, 2013.]

*In the Matter of the Marriage of* VALERIE DAWN TOLLEFSEN, *Respondent*, and GARY A. TOLLEFSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 02-3-00146-7, Gordon Godfrey, J., entered June 3, 2011. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 42335-9-II.   Division Two.   April 16, 2013.]

*In the Matter of the Detention of* LENIER RENE AYERS.

Appeal from a judgment of the Superior Court for Clark County, No. 01-2-00713-4, John F. Nichols, J., entered May 26, 2011. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.